An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MELODEE MEGIA; AND DARLENE LEWIS, INDIVIDUALS,

Appellants,

vs.

NEVADA PROPERTY 1, LLC D/B/A COSMOPOLITAN OF LAS VEGAS, A DELAWARE LIMITED LIABILITY COMPANY,

Respondents.

No. 66779

FILED

JUN 30 2015



### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Joanna Kishner, District Judge
Thierman Law Firm
Jackson Lewis P.C.
Jackson Lewis P.C./VA
Eighth District Court Clerk
Ara H. Shirinian, Settlement Judge

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(D)-1947

15-20009